UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS GONZALEZ,

                Plaintiff(s),

-against-

"JOHN" CABALLERO (First name being unknown)
and NEW ENGLAND MOTOR FREIGHT INC.,

                Defendant(s).
------------------------------------------------------------x

07 CIV 4801

Civil Action No.:

F.R.C.P.7.1
STATEMENT OF DEFENDANT



Defendant, NEW ENGLAND MOTOR FREIGHT, INC., in compliance with Rule 7.1 of the Federal Rules of Civil Procedure states that NEW ENGLAND MOTOR FREIGHT, INC., is not a publicly traded corporation, has no publicly held corporation that owns 10% or more of its stock, and has no parent corporation.

                Yours etc.,

                ABRAMS, FENSTERMAN, FENSTERMAN,
                EISMAN, GREENBERG, FORMATO &
                EINIGER, LLP

                BY:_____
                TODD C. RUBENSTEIN (TR-8884)
                1111 Marcus Avenue
                Suite 107
                Lake Success, New York 141042
                516-328-2300

Dated: June 5, 2007