AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

        CAMI NEGUS, duly sworn, deposes and says that:

    1.    I am not a party to the within action, am over 18 years of age, and reside in Albertson, New York.

    2.    On the 6th day of June, 2007, I served the within NOTICE OF REMOVAL by enclosing a copy of same in a postage paid envelope and depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, and was addressed to the last known residence as follows:

Leav & Steinberg, LLP
Attorneys for Plaintiff
120 Broadway, 18th Floor
New York, New York 10271

_____
CAMI NEGUS

Sworn to before me this
6th day of June, 2007

_____
Notary Public

JOETTA KLOEPPING
Notary Public, State of New York
No. 30-4764166
Qualified in Nassau County
Commission Expires March 30, 2010