Abrams, Fensterman, Fensterman,
Eisman, Greenberg, Formato & Einiger, LLP
Todd C. Rubenstein (TCR 8884)
Attorneys for Defendant
New England Motor Freight, Inc.
1111 Marcus Avenue, Suite 107
Lake Success, New York 141042
516-328-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LUIS GONZALEZ,                                          Civil Action No.:
                                                                    07-cv-4801 (DC)
                        Plaintiff(s),

        -against-


"JOHN" CABALLERO (First name being unknown)             **NOTICE OF MOTION**
and NEW ENGLAND MOTOR FREIGHT INC.,                     **FOR JUDGMENT ON**
                                                        **THE PLEADINGS**
                        Defendant(s).
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Todd C. Rubenstein, Esq., the exhibits annexed thereto and the pleadings herein, defendant New England Motor Freight, Inc., by and through its counsel, Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP, will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 11A, before the Honorable Denny Chin, U.S.D.J., on a day and time to be determined by the Court, for an Order:

(a) Granting judgment on the pleadings in favor of defendant New England Motor Freight, Inc and dismissing with prejudice the Complaint of plaintiff LUIS GONZALEZ, pursuant to at least Federal Rules of Civil Procedure 12(c) and;

(b) Granting such other and further relief as may be just, proper and equitable under the circumstances.

Dated: Lake Success, New York
       January 29, 2008

                                  Abrams, Fensterman, Fensterman,
                                  Eisman, Greenberg, Formato & Einiger, LLP
                                  Attorneys for Defendant
                                  New England Motor Freight, Inc.

                                  By:_____
                                      Todd C. Rubenstein (TCR 8884)


TO:    Leav & Steinberg, LLP
         Edward A. Steinberg, Esq.
         Attorneys for Plaintiff
         120 Broadway, 18th Floor
         New York, New York 10271
         (212) 766-5222