UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS GONZALEZ,

                Plaintiff,

-against-                                   **CERTIFICATE OF SERVICE**

"JOHN" CABALLERO (first name being unknown)   Civil Action No.:  07-CV-4801 (DC)
and NEW ENGLAND MOTOR FREIGHT, INC.,

                Defendants.
-----------------------------------------------------------------X

      I hereby certify that on today's date the foregoing Notice of Motion for Judgment on the Pleadings; Declaration in Support and Memorandum of Law was filed electronically through the ECF system and a hard copy was addressed and enclosed in a postage paid envelope and deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, and was addressed to Plaintiff's counsel as follows:

    Leav & Steinberg, LLP
    Edward A. Steinberg, Esq.
    Attorneys for Plaintiff
    120 Broadway, 18th Floor
    New York, New York 10271
    (212) 766-5222

Dated:  Lake Success, New York
          January 29, 2008

                                      _____
                                      TODD C. RUBENSTEIN, ESQ. (TCR-8884)
                                      Abrams, Fensterman, Fensterman, Eisman,
                                      Greenberg, Formato & Einiger, LLP
                                      Attorney for Defendant
                                      New England Motor Freight, Inc.
                                      1111 Marcus Avenue, Suite 107
                                      Lake Success, New York 11042
                                      (516) 328-2300