# LEAV & STEINBERG, LLP
### ATTORNEYS AT LAW

120 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10271
(212) 766-5222
FAX (212) 693-2377

EMAIL: LAWYERS@LSTRIALLAW.COM
WEBSITE:WWW.LSTRIALLAW.COM

**MEMO ENDORSED**

DANIEL T. LEAV
EDWARD A. STEINBERG

BRONX OFFICE:
2705 EASTCHESTER ROAD
BRONX, NEW YORK 10469
(718) 515-4357

JOSEPH P. STODUTO
DANIELA F. HENRIQUES
ALEXANDER KRAN III

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/29/2008*

February 28, 2008

Facsimile: (212) 805-7906
Judge Denny Chin
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Luis Gonzalez v. "John" Caballero and New England Motor Freight, Inc.
   Civil Action No.: 07-cv-4801 (DC)

Honorable Judge Chin:

As you are aware this office represents the Plaintiff in the above captioned matter. The defendants have moved for Judgment on the Pleadings and the original date for our opposition papers to be served is today, February 28, 2008. No previous requests for an extension of time have been made. The reason we are requesting a one week extension to file and serve our opposition papers is that the associate from our office working on our opposition papers is actually engaged on Trial before the Honorable Justice Carol Robinson Edmead in Supreme Court, New York County. I have spoken with defense counsels office and they have agreed to a one week extension of time for plaintiff's to file our opposition papers. However, the defendants have requested a one week extension of time to file and serve reply papers from March 10, 2008 to march 17, 2008.

Therefore, it is respectfully requested that this office be granted a one week extension thus allowing our opposition papers to defendants Motion for Judgment on the Pleadings to be served on or before March 6, 2008 and defendants reply to be served on or before march 17, 2008.

*Approved.
SO ORDERED,
[signature]
USDJ  2/29/08*

Thank you for your time and consideration regarding this request.

Very truly yours,

LEAV & STEINBERG, L.L.P.

By: Daniel T. Leav, Esq. (DTL 5145)

Cc: Abrams, Fensterman, Festerman, Eisman, Greenberg, Formato & Einiger, LLP
    Attention: Todd C. Rubenstein, Esq., Facsimile (516) 328-6638