```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/28/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUIS GONZALEZ,

               Plaintiff,                      07 **CIVIL** 4801 (DC)

    -against-                                    **JUDGMENT**

"JOHN" CABALLERO (first name being unknown)
and NEW ENGLAND MOTOR FREIGHT INC.,
               Defendants.
------------------------------------------------------------X

       NEMF having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) dismissing the complaint, and the said motion having come before the Honorable Denny Chin, United States District Judge, and the Court thereafter, on August 27, 2008 having rendered its Memorandum Decision granting the motion for judgment on the pleadings and dismissing the complaint with prejudice but without attorneys' fees or costs, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Decision dated August 27, 2008, the motion for judgment on the pleadings is granted and the complaint is dismissed, with prejudice but without attorneys' fees or costs.

**Dated:** New York, New York
          August 28, 2008

                                               **J. MICHAEL McMAHON**
                                                  **Clerk of Court**
                         **BY:**
                                                  **Deputy Clerk**

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON _____